IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Case No. 17-00273-01-CR-W-HFS |
| vs. | ) |
| | ) Date: April 17, 2019 |
| MELVIN T. GARDNER, | ) |
| Defendant. | ) |

MINUTE SHEET

HONORABLE Howard F. Sachs presiding at Kansas City
================================================================================
Nature of Hearing:   Sentencing

Time Commenced:   2:21 p.m.              Time Terminated:   2:45 p.m.

Plaintiff by:   Jeffrey McCarther, AUSA        Defendant by:   Al White, CJA


Proceedings:   All parties appear as indicated above.   Defendant in person.   Court in session. Presentence Investigation report reviewed.   Objections heard and ruled.   Defendant granted allocution.   SENTENCE:   The defendant is committed to BOP for term of 106 months as to Count 1 of the Indictment, followed by 5 years Supervised Release.   Standard/Special Conditions imposed.   Costs/Fines-Waived.   MPA-$100.00.   The Court recommends that the defendant be designated to FPC Yankton.   The Court also recommends that the defendant be designated for participation in the RDAP program.   Defendant is advised of right to appeal. Defendant is remanded to custody of USM.


Probation Officer:   Penney Hodges
Courtroom Deputy:   Christy Anderson
Court Reporter:   Judy Moore